**FORM 2**
**COVER SHEET**

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s) Joyce Evans, et al (see attached list) 06-439 L

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Michael C. Stumo

Firm Name: DominaLaw Group pc llo

Post Office Box: ______

Street Address: 2425 S 144th Street

City-State-Zip: Omaha, NE 68144

Telephone & Facsimile Numbers: T: 402.493.4100 F: 402.493.9782

Is the attorney of record admitted to the Court of Federal Claims Bar? No. Application forthcoming.

If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 5 1 0
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A G R
See attached sheet for three-digit codes.

Amount Claimed: $ 10 million
Use estimate if specific amount is not pleaded.

Bid Protest: $______
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ______

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

**Attachment:**

**Civil Cover Sheet**

1. Joyce Evans
2. Mike Arabian dba Arabian Farms
3. Aulakh Farms, Inc.
4. Jack and Mary Blehm
5. Earl Boyajian
6. Lynden Brack
7. Richard B. and Sally A. Chavez dba Chavez Farms
8. Neil Donovan
9. William H. Donovan
10. David Flagler
11. Walter George Flagler dba Flagler Farms
12. Chris Gauss
13. Brad Hansen
14. David & Melanie Horne dba M & D Farming
15. Mike Jerkovich
16. Kuldip and Charanjit Kaleka dba Kaleka Farms
17. Loren T. Linscheid dba Linscheid Farms
18. Michael A. Logolusa, Sr.
19. Rick L. Logolusa
20. Tony M. Logolusa
21. Wayne McFarlane
22. Mike Moles
23. Hunter Nadler
24. Tom and Teresa Ochoa dba Ochoa Farms
25. Gregory and Donna Patterson
26. Morris Pivovaroff
27. Peter Ramirez
28. Robert Schneider
29. Dale Sedoo
30. Walt Shubin
31. Wayne Snell
32. Srabian Farms G.P.
33. Wilkens Farm