# United States Court of Federal Claims

| | |
|---|---|
| JOYCE EVANS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:06-cv-00439-CFL<br><br>Hon. Charles F. Lettow, Judge |

**APPLICATION TO FILE BRIEF AMICUS CURIAE OF PACIFIC LEGAL FOUNDATION IN SUPPORT OF PLAINTIFFS**

Pursuant to Federal Rule of Civil Procedure 7(b), Pacific Legal Foundation (PLF) respectfully moves this Court for leave to file a brief amicus curiae in opposition to Defendant's motion to dismiss. PLF's brief amicus curiae is lodged with this Court at the same time as the filing of the instant motion.

PLF was founded over 30 years ago and is widely recognized as the largest and most experienced public interest legal foundation of its kind. PLF is a nonprofit, tax-exempt corporation organized under the laws of California for the purpose of litigating matters affecting the public interest at all levels of state and federal courts. Representing the views of tens of thousands of members and supporters nationwide, PLF has a long history of defending private property rights in cases involving takings. PLF has represented property owners before the United States Supreme Court in Cases such as *Nollan v. Cal. Coastal Comm'n*, 483 U.S. 825 (1987), *Suitum v. Tahoe Reg'l Planning Agency*, 520 U.S. 725 (1997), and *Palazzolo v. Rhode Island*, 533 U.S. 606 (2001). Because of its history and expertise with regard to private property rights and economic liberty, PLF believes its perspective will aid this Court in consideration of this case.

PLF and its attorneys have reviewed the complaint filed by the Plaintiff with this Court on the present case. In PLF's view, the Plaintiffs' argument that their constitutional rights under the Fifth Amendment to the United States Constitution have been violated deserves to be addressed more thoroughly because of the complicated issues involved with that clause. Specifically, PLF seeks to address Plaintiffs' claim that their property rights in the raisins they produce include the right to sell those raisins, and that when the government takes this right for public use, it must justly compensate the Plaintiffs. PLF argues that the Plaintiffs have stated a valid claim that USDA's actions have violated the Takings Clause of the Fifth Amendment, and that this Court has the power to address that claim. PLF seeks to participate and share its views so that the Court may evaluate

the constitutionality of statutes that take private property from one party and transfer it to the government without just compensation. PLF believes that these arguments supplement those of the parties to this proceeding, and will be of assistance in this Court's deliberations.

For the foregoing reasons, Pacific Legal Foundation respectfully requests this Court to grant this application and accept for filing the accompanying brief amicus curiae.

DATED: August 29, 2006.

Respectfully submitted,

JAMES S. BURLING, *Attorney of Record*
TIMOTHY SANDEFUR, *Of Counsel*

By s/ James S. Burling
JAMES S. BURLING

Pacific Legal Foundation
3900 Lennane Drive, Suite 200
Sacramento, California 95834
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Attorneys for Amicus Curiae*
*Pacific Legal Foundation*

**CERTIFICATE OF FILING**

I hereby certify that on August 29, 2006, a copy of the foregoing APPLICATION TO FILE BRIEF AMICUS CURIAE OF PACIFIC LEGAL FOUNDATION IN SUPPORT OF PLAINTIFFS was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By s/ James S. Burling
JAMES S. BURLING