# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Evans et al.** | **Case No. 1:06-cv-00439-CFL** |
| **Plaintiff(s),** | **Charles F. Lettow, Presiding** |
| **v.** | **Plaintiffs' Notice of Withdrawal of Counsel** |
| **United States of America,** | |
| **Defendant.** | |

Plaintiffs respectfully inform the Court Michael C. Stumo is no longer associated with DOMINALAW Group pc llo, 2425 South 144th Street, Omaha, Nebraska.

Plaintiffs respectfully inform the Court because Michael C. Stumo is no longer practicing with the DOMINALAW Group pc llo Firm, he is withdrawn as Plaintiffs' Counsel. DOMINALAW Group pc llo shall remain as Plaintiffs' Counsel.

October 12, 2006.

Named Plaintiffs,

By: /s/ David A. Domina

David A. Domina (Attorney of Record)
Claudia L. Stringfield-Johnson (Of Counsel)
DOMINALAW Group pc llo
2425 S. 144th Street
Omaha, NE 68144-3267
Ph: 402-493-4100
Fax: 402-493-9782
dad@dominalaw.com
cls@dominawlaw.com
efiling@dominalaw.com

-and-

Brian C. Leighton (Of Counsel)
Law Offices of Brian C. Leighton
701 Pollasky Avenue
Clovis, CA 93612
Ph: 559-297-6190
Fax: 559-297-6194
bleighton@arrival.net

*Attorneys for Named Plaintiffs*

## UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Evans et al.** | **Case No. 1:06-cv-00439-CFL** |
| **Plaintiff(s),** | **Charles F. Lettow, Presiding** |
| **v.** | **Certification of Service** |
| **United States of America,** | |
| **Defendant.** | |

I hereby certify on October 12, 2006, I filed **Plaintiffs' Notice of Withdrawal of Counsel** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing all to Counsel of Record.

/s/ David A. Domina
David A. Domina
Counsel of Record for Named Plaintiffs

845157