# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Evans et al.** | **Case No. 1:06-cv-00439-CFL** |
| **Plaintiff(s),** | **Charles F. Lettow, Presiding** |
| **v.** | **Plaintiffs' Notice of Record of Counsel** |
| **United States of America,** | |
| **Defendant.** | |

1. Plaintiffs respectfully inform the Court as follows:
   1.1. David A. Domina shall be Plaintiffs Counsel of Record
   1.2. Claudia L. Stringfield-Johnson shall be Of Counsel.
   1.3. Brian C. Leighton shall be Of Counsel.
2. Notice shall be sent as follows:

David A. Domina
DOMINALAW Group pc llo
2425 South 144th Street
Omaha, Nebraska 68144-3267
PH: 402-493-4100
Fax: 402-493-9782
dad@dominalaw.com
cls@dominalaw.com
efiling@dominalaw.com

October 12, 2006.

Named Plaintiffs,

By: /s/ David A. Domina
David A. Domina (Attorney of Record)
Claudia L. Stringfield-Johnson (Of Counsel)
DOMINALAW Group pc llo
2425 S. 144th Street
Omaha, NE 68144-3267
Ph: 402-493-4100
Fax: 402-493-9782
dad@dominalaw.com
cls@dominawlaw.com
efiling@dominalaw.com

-and-

Brian C. Leighton (Of Counsel)
Law Offices of Brian C. Leighton
701 Pollasky Avenue
Clovis, CA 93612
Ph: 559-297-6190
Fax: 559-297-6194
bleighton@arrival.net

*Attorneys for Named Plaintiffs*

## UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Evans et al.** | **Case No. 1:06-cv-00439-CFL** |
| **Plaintiff(s),** | **Charles F. Lettow, Presiding** |
| **v.** | |
| **United States of America,** | **Certification of Service** |
| **Defendant.** | |

I hereby certify on October 12, 2006, I filed **Plaintiffs' Notice of Record of Counsel** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing all to Counsel of Record.

/s/ David A. Domina
David A. Domina
Counsel of Record for Named Plaintiffs