IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-439C

(Filed: October 13, 2006)

JOYCE EVANS, *et al.*, )
)
Plaintiffs, )
)
v. )
)
UNITED STATES, )
)
Defendant. )

ORDER

Pending before the court is Plaintiffs' Notice of Record of Counsel [sic], filed on October 12, 2006, concurrently with Plaintiffs' Notice of Withdrawal of Counsel Michael C. Stumo. By these notices, plaintiffs in effect seek to substitute David A. Domina as their counsel of record in the case, in the place and stead of Michael C. Stumo. However, the court may not treat the notices as the equivalent of a valid motion for leave to substitute counsel in accord with Rule 83.1(c)(4) of the Rules of the Court of Federal Claims ("RCFC") because the notices do not comport with the requirements of this rule. Accordingly, to the extent the notices might be treated as a motion for leave to substitute counsel within the meaning of RCFC 83.1(c)(4) they are DENIED without prejudice. Upon the filing of a proper motion, the matter can be renewed.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge