# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Evans et al.** | **Case No. 1:06-cv-00439-CFL** |
| **Plaintiffs,** | **Charles F. Lettow, Presiding** |
| **v.** | **Plaintiffs' Motion to Substitute Attorney of Record** |
| **United States of America,** | |
| **Defendant.** | |

1. Pursuant to Rule 83.1(c)(4), Plaintiffs respectfully request, through the undersigned Counsel, leave of Court to substitute Attorney of Record.

2. Plaintiffs' current appearing Counsel of Record is Michael C. Stumo. Plaintiffs respectfully inform the Court Michael C. Stumo is no longer a practicing with DOMINALAW Group pc llo. Plaintiffs have elected to continue under the representation of DOMINALAW Group pc llo.

3. Newly appointed Counsel of Record will be David A. Domina of DOMINALAW Group pc llo, 2425 South 144 Street, Omaha, Nebraska, 68144-3267, ddomina@dominalaw.com. This is a change in Attorney of Record, not a change in Law Firm.

4. Due to the termination of prior Attorney of Record, Michael C. Stumo, his consent is not annexed or endorsed on the Motion, and therefore, he is provided, pursuant to Rule 83.1(c)(4), Notice of Motion and fourteen (14) days to show cause why the Motion should not be allowed.

October 23, 2006

Named Plaintiffs,

By: */s/ David A. Domina*
David A. Domina (Attorney of Record)
Claudia L. Stringfield-Johnson (Of Counsel)
DOMINALAW Group pc llo
2425 S. 144th Street
Omaha, NE 68144-3267
Ph: 402-493-4100
Fax: 402-493-9782
dad@dominalaw.com
cls@dominawlaw.com
efiling@dominalaw.com

Brian C. Leighton (Of Counsel)
Law Offices of Brian C. Leighton
701 Pollasky Avenue
Clovis, CA 93612
Ph: 559-297-6190
Fax: 559-297-6194
bleighton@arrival.net

*Attorneys for Named Plaintiffs*

# UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **Evans et al.** | **Case No. 1:06-cv-00439-CFL** |
| **Plaintiffs,** | **Charles F. Lettow, Presiding** |
| **v.** | |
| **United States of America,** | **Certification of Service** |
| **Defendant.** | |

I hereby certify on October 23, 2006, I filed **Plaintiffs' Motion to Substitute Counsel Attorney of Record** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

Timothy Paul McIlmail
U. S. Department of Justice
Civil Div. - Commercial litigation Br.
1100 L Street, NW
8th Floor
Washington, DC 20530
timothy.mcilmail@usdoj.gov
202-514-7965

Plaintiffs further certify they sent copies of said Motion to the following:

Michael C. Stumo
mstumo@adelphia.net

Arabian Farms
3315 N. Goldenrod Ave.
Kerman, CA 93630

Jagbir Aulakh Farms, Inc.
14663 W. Olive Ave.
Kerman, CA 93630

Bernard B. Bauer
6335 E. Lyell
Fresno, CA 93727

Jack Blehm
14895 W. Belmont Ave.
Kerman, CA 93630

Lynden Brack
611 N. Siskiyou Ave.
Kerman, CA 93630

Chavez Farms
2667 N. Chateau Fresno
Fresno, CA 93722

Joyce Evans
P. O. Box 1112
Caruthers, CA 93609-1112

George & Margaret Flagler
Flagler Farms, Inc.
P. O. Box 68
Parlier, CA 93648

Chris Gauss
7782 Road 28
Madera, CA 93627

Brad Hansen
25482 Avenue 7
Madera, CA 93637

David & Melanie Horne
M & D Farming
3840 N. Bishop
Fresno, CA 93722

Marvin & Laura Horne
Raisin Valley Farms
3678 N Modoc
Kerman, CA 93630

Mike Jerkovich
2589 N. Vineland Ave.
Kerman, CA 93630

Kaleka Farms
4688 N. Lake Ave.
Kerman, CA 93630

Linscheid Farms
11844 W. Bullard
Fresno, CA 93722

Rick L. Logoluso
25797 Avenue 7
Madera, CA 93637

Michael A. Logoluso, Sr.
P. O. Box 1285
Madera, CA 93637

Tony M. Logoluso
P. O. Box 417
Madera, CA 93637

Wayne McFarlame
28720 Pitman Hill Rd.
Clovis, CA 93619

Mike Moles
5048 E. Laurel Ave.
Fresno, CA 93727

Hunter Nadler
7212 Road 28
Madera, CA 93627

Morris Pivovaroff
15330 W. Olive Ave.
Kerman, CA 93630

Robert or Joyce Schneider
1336 N. Biola Ave.
Kerman, CA 93630-9655

Walt Shubin
17557 W. McKinley Ave.
Kerman, CA 93630

Wayne Snell
3083 Evergreen Ave.
Clovis, CA 93611

Martin Srabian
Srabian Bros. Farms
7274 East Walter Ave.
Fowler, CA 93625

Wilkens Farms
5840 N. Biola Avenue
Fresno, CA 93722

*/s/ David A. Domina*
David A. Domina
Counsel of Record for Named Plaintiffs