IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-439C

(Filed: October 23, 2006)

JOYCE EVANS, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A hearing on all pending motions shall be held by telephonic means on November 21, 2006, at 2:00 p.m. EST. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge