IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-439C

(Filed: November 15, 2006)

JOYCE EVANS, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiffs' Motion to Substitute Attorney of Record and Motion to Withdraw Attorney of Record, filed October 23, 2006. In these two motions, plaintiffs request leave of court under Rule 83.1(c)(4) of the Rules of the Court of Federal Claims ("RCFC") to substitute David A. Domina for plaintiffs' current counsel of record, Michael C. Stumo. Plaintiffs indicate that Mr. Stumo is no longer associated with the DominaLaw Group, PC, LLO and that they have elected to have Mr. Domina represent them.

Pursuant to RCFC 83.1(c)(4), plaintiffs served a copy of these motions on Mr. Stumo on October 23, 2006. Mr. Stumo has not filed a motion opposing plaintiffs' motions. Therefore, for good cause shown, plaintiffs' motions are GRANTED. The Clerk shall substitute Mr. Domina for Mr. Stumo as plaintiffs' counsel of record.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge