IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-439C

(Filed: November 21, 2006)

JOYCE EVANS, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is plaintiff's Motion for Leave to File Sur-Reply Brief, filed September 18, 2006, and an Application to File Brief Amicus Curiae in Support of Plaintiffs, filed by the Pacific Legal Foundation on August 29, 2006.

For good cause shown, plaintiff's motion and the Pacific Legal Foundation's motion are GRANTED. Plaintiff's sur-reply brief and the Pacific Legal Foundation's brief as amicus curiae shall be filed by the Clerk as of this date.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge