IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOYCE EVANS, ET AL., Plaintiffs, | ) | No. 06-439C |
| v. | ) | (Judge Lettow) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION
FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS'
CITATION TO AND RELIANCE UPON IN RE: SAULSBURY ENTERPRISES
FOR THE FIRST TIME DURING NOVEMBER 21, 2006 ORAL ARGUMENT

Defendant, the United States, respectfully requests leave to file the electronically attached response to plaintiffs' citation to and reliance upon In Re: Saulsbury Enterprises, 55 Agric. Dec. 6 (1996) (available at 1996 WL 255728), for the first time during the oral argument conducted on November 21, 2006. Nov. 21, 2006 Transcript ("Tr.") at 25-36, 42-43. Because plaintiffs did not cite to it in their briefs, the Government was unable to respond to plaintiffs' representations regarding the import of Saulsbury Enterprises to this action. Based upon plaintiffs' representations, however, the Court, during oral argument, indicated that Saulsbury Enterprises might prove instructive. Tr. at 40. Having had an opportunity to review Saulsbury Enterprises, we find that we do not agree with plaintiffs' representations, and respectfully request the opportunity to address Saulsbury Enterprises by way of the attached brief.

For the foregoing reasons, the Government requests that the Court grant this motion and deem the attached brief filed.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 514-4325
Fax: (202) 514-7965

December 6, 2006

Attorneys for Defendant

Certificate of Filing

I hereby certify that on December 6, 2006, a copy of the foregoing Defendant's Motion For Leave To File Response To Plaintiffs' Citation To And Reliance Upon In Re: Saulsbury Enterprises For The First Time During November 21, 2006 Oral Argument was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail