IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-439C

(Filed: December 8, 2006)

JOYCE EVANS, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the government's Motion for Leave to File Response to Plaintiffs' Citation to and Reliance Upon *In re: Saulsbury Enterprises* for the First Time During November 21, 2006 Oral Argument, filed December 6, 2006. The government requests leave to file a response to plaintiffs' representations regarding *In re: Saulsbury Enterprises* during a hearing held on November 21, 2006, noting that plaintiffs did not cite the case in their briefs.

For good cause shown, the government's motion is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge