ORIGINAL

# UNITED STATES COURT OF FEDERAL CLAIMS

Joyce Evans, Mike Arabian dba Arabian Farms, Jack and Mary Blehm, Earl Boyajian, Lynden Brack, Richard and Sally Chavez dba Chavez Farms, Neil Donovan, William Donovan, David Flagler, Walter George Flagler dba Flagler Farms, Chris Gauss, Brad Hansen, David & Belanie Horne dba M&D Farming, Mike Jerkovich, Kuldip and Charanjit Kaleka dba Kaleka Farms, Loren T. Linscheid dba Linscheid Farms, Michael A. Logoluso, Rick L. Logoluso, Tony M. Logoluso, Wayne McFarlane, Mike Moles, Hunter Nadler, Tom and Teresa Ochoa dba Ochoa Farms, Gregory and Donna Patterson, Morris Pivovaroff, Peter Ramirez, Robert Schneider, Dale Sedoo, Walt Shubin, Wayne Snell, Srabian Farms GP, and Wilkens Farm

Plaintiffs,

v.

United States of America,

Defendant.

Case No. 1:06-cv-00439-CFL

Charles F. Lettow, Judge

FILED
JAN 1 8 2007
U.S. COURT OF FEDERAL CLAIMS

NOTICE OF APPEAL

1. Notice is hereby given all Plaintiffs whose names appear in the caption above hereby appeal to the United States Court of Appeals for the Federal Circuit from the Federal Claims Court's 1) Opinion and Order and 2) Judgment, both entered on December 22, 2006 (Case No. 06-439 c) dismissing Plaintiffs' Complaint.

2. Appellate jurisdiction lies with the Federal Circuit under 28 *USC* § 1295 (a)(3) as the Court of Federal Claims' December 22, 2006 Dismissal Judgment is its final decision in this case.

3. Plaintiffs deposit the Appeal Filing Fee of $455.00 concurrently with this filing.

Named Plaintiffs,

By: ______________________

David A. Domina (Attorney of Record)
Claudia L. Stringfield-Johnson (Of Counsel)
DOMINALAW Group pc llo
2425 S. 144th Street
Omaha, NE 68144-3267
Ph: 402-493-4100
Fax: 402-493-9782
dad@dominalaw.com
cls@dominawlaw.com
efiling@dominalaw.com

Brian C. Leighton (Of Counsel)
Law Offices of Brian C. Leighton
701 Pollasky Avenue
Clovis, CA 93612
Ph: 559-297-6190
Fax: 559-297-6194
bleighton@arrival.net

*Named Plaintiffs' Lawyers*

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Evans et al.<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 1:06-cv-00439-CFL<br><br>Charles F. Lettow, Presiding<br><br>Certification of Service |

I certify on January 12, 2007, a true and correct copy of **Plaintiffs' NOTICE OF APPEAL** was delivered by First Class, United States mail, postage prepaid and Email to the following:

Timothy Paul McIlmail
U. S. Department of Justice
Civil Div. - Commercial Litigation Br.
1100 L Street, NW 8th Floor
Washington, DC 20530
timothy.mcilmail@usdoj.gov
202-514-7965

David A. Domina
Counsel of Record for Named Plaintiffs

885985