# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
JAN 2 4 2007
U.S. COURT OF FEDERAL CLAIMS

## NOTICE OF DOCKETING

**2007-5045 - EVANS V US**

**Date of docketing:** 01/24/2007

**Appeal from:** United States Court of Federal Claims case no. 06-CV-439

**Appellant(s):** Kuldip Kalek, Sally Chavez, dba Chavez Farms, Melanie Horne, dba M&D Farming, Brad Hansen, Charanjit Kaleka, dba Kaleka Farms, Chris Gauss, Dale Sedoo, David Flagler, David Horne, Donna Patterson, Earl Boyajian, Gregory Patterson, Hunter Nadler, Jack Blehm, Joyce Evans, Loren T. Linscheid, dba Linscheid Farms, Lynden Brack, Mary Blehm, Michael A. Logoluso, Sr., Mike Arabian, dba Arabian Farms, Mike Jerkovich, Mike Moles, Morris Pivovaroff, Neil Donovan, Peter Ramirez, Richard Chavez, dba Chavez Farms, Rick L. Logoluso, Robert Schneider, Srabian Farms GP, Teresa Ochoa, dba Ochoa Farms, Tom Ochoa, Tony M. Logoluso, Walt Shubin, Wayne McFarlane, Wayne Snell, Wilkens Farm, William Donovan and Aulakh Farms, Inc.

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Timothy P. McIlmail
David A. Domina

2007-5045

# In the United States Court of Federal Claims

## Appeal Information Sheet

**Judge Charles F. Lettow**

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
JAN 24 2007
JAN HORBALY
CLERK

**Nature of Suit:** 510

**Type of Case**: Taking - Personalty

EVANS, et al.,
*Plaintiff,*
v.

THE UNITED STATES,
*Defendant*

**CFC Docket No.:** 06-439 C.

**Cross or Related**? No.

**Appeal filed by:** Plaintiff.

**Date Judgment Entered**: December 22, 2006.

**Notice of Appeal**: January 16, 2007. > 25

**Fee**: $455.00.

*See Docket Sheet for Plaintiff and Defendant attorney information*.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5045

JOYCE EVANS, MIKE ARABIAN, dba Arabian Farms, AULAKH FARMS, INC., JACK BLEHM, MARY BLEHM, EARL BOYAJIAN, LYNDEN BRACK, RICHARD CHAVEZ, SALLY CHAVEZ, dba Chavez Farms, NEIL DONOVAN, WILLIAM DONOVAN, DAVID FLAGLER, WALTER GEORGE FLAGLER, dba Flagler Farms, CHRIS GAUSS, BRAD HANSEN, DAVID HORNE, MELANIE HORNE, dba M&D Farming, MIKE JERKOVICH, KULDIP KALEKA, CHARANJIT KALEKA, dba Kaleka Farms, LOREN T. LINSCHEID, dba Linscheid Farms, MICHAEL A. LOGOLUSO, SR., RICK L. LOGOLUSO, TONY M. LOGOLUSO, WAYNE MCFARLANE, MIKE MOLES, HUNTER NADLER, TOM OCHOA, TERESA OCHOA, dba Ochoa Farms, GREGORY PATTERSON, DONNA PATTERSON, MORRIS PIVOVAROFF, PETER RAMIREZ, ROBERT SCHNEIDER, DALE SEDOO, WALT SHUBIN, WAYNE SNELL, SRABIAN FARMS GP, and WILKENS FARM,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-439, Judge Charles F. Lettow.

Authorized Abbreviated Caption[2]

EVANS v US, 2007-5045

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.