FILED
2007
U.S. COURT OF
FEDERAL CLAIMS

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5045

JOYCE EVANS, MIKE ARABIAN, dba Arabian Farms, AULAKH FARMS, INC., JACK BLEHM, MARY BLEHM, EARL BOYAJIAN, LYNDEN BRACK, RICHARD CHAVEZ, SALLY CHAVEZ, dba Chavez Farms, NEIL DONOVAN, WILLIAM DONOVAN, DAVID FLAGLER, WALTER GEORGE FLAGLER, dba Flagler Farms, CHRIS GAUSS, BRAD HANSEN, DAVID HORNE, MELANIE HORNE, dba M&D Farming, MIKE JERKOVICH, KULDIP KALEKA, CHARANJIT KALEKA, dba Kaleka Farms, LOREN T. LINSCHEID, dba Linscheid Farms, MICHAEL A. LOGOLUSO, SR., RICK L. LOGOLUSO, TONY M. LOGOLUSO, WAYNE MCFARLANE, MIKE MOLES, HUNTER NADLER, TOM OCHOA, TERESA OCHOA, dba Ochoa Farms, GREGORY PATTERSON, DONNA PATTERSON, MORRIS PIVOVAROFF, PETER RAMIREZ, ROBERT SCHNEIDER, DALE SEDOO, WALT SHUBIN, WAYNE SNELL, SRABIAN FARMS GP, and WILKENS FARM,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

David A. Domina, Domina Law Group PC LLO, of Omaha, Nebraska, argued for plaintiffs-appellants.

Timothy P. Mcilmail, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Mark A. Melnick, Assistant Director. Of counsel on the brief was Heather M. Pichelman, United States Department of Agriculture, of Washington, DC.

James S. Burling, Pacific Legal Foundation, of Sacramento, California, for amicus curiae.

Appealed from: United States Court of Federal Claims

Judge Charles F. Lettow

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5045

JOYCE EVANS, MIKE ARABIAN, dba Arabian Farms, AULAKH FARMS, INC., JACK BLEHM, MARY BLEHM, EARL BOYAJIAN, LYNDEN BRACK, RICHARD CHAVEZ, SALLY CHAVEZ, dba Chavez Farms, NEIL DONOVAN, WILLIAM DONOVAN, DAVID FLAGLER, WALTER GEORGE FLAGLER, dba Flagler Farms, CHRIS GAUSS, BRAD HANSEN, DAVID HORNE, MELANIE HORNE, dba M&D Farming, MIKE JERKOVICH, KULDIP KALEKA, CHARANJIT KALEKA, dba Kaleka Farms, LOREN T. LINSCHEID, dba Linscheid Farms, MICHAEL A. LOGOLUSO, SR., RICK L. LOGOLUSO, TONY M. LOGOLUSO, WAYNE MCFARLANE, MIKE MOLES, HUNTER NADLER, TOM OCHOA, TERESA OCHOA, dba Ochoa Farms, GREGORY PATTERSON, DONNA PATTERSON, MORRIS PIVOVAROFF, PETER RAMIREZ, ROBERT SCHNEIDER, DALE SEDOO, WALT SHUBIN, WAYNE SNELL, SRABIAN FARMS GP, and WILKENS FARM,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: [signature] Date: 11/26/07

## Judgment

ON APPEAL from the UNITED STATES COURT OF FEDERAL CLAIMS

In CASE NO(S). 06-CV-439.

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
OCT 04 2007
JAN HORBALY
CLERK

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER and GAJARSA, Circuit Judges and RESTANI, Judge.*):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: OCT 0 4 2007

[signature]
Jan Horbaly, Clerk

Issued as Mandate:
COSTS:
Printing........ $ 147.20
Total........ $ 147.20

* Honorable Jane A. Restani, Chief Judge of the United States Court of International Trade, sitting by designation.

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
OCT 17 2007
JAN HORBALY CLERK

RECEIVED
OCT 17 2007
United States Court of Appeals For The Federal Circuit

BILL OF COSTS (File original and three copies with the Clerk within 14 days of judgment)

Docket No(s) 07-5045 Caption: JOYCE EVANS, et al. v. UNITED STATES

The Clerk is requested to tax the following costs against: EVANS, Plaintiffs-Appellants

| ITEM | Number of Copies | Number of Pages | Actual Cost | Allowable Cost | Total Billed | Taxed |
|---|---|---|---|---|---|---|
| Docketing Fee (if paid in this court) | xxxxx | xxxxx | | | | |
| Table of Designated Materials (original) | xxxxx | 5 | 6.00 | 6.00 | 30.00 | 30.00 |
| Table or Compilation of Designated Materials (copying and collating) | 15 | 5 | 0.08 | 0.08 | 6.00 | 6.00 |
| Brief (original) | xxxxx | 10 | 6.00 | 6.00 | 60.00 | 60.00 |
| Brief (cover and binding) | 16 | xxxxx | 2.00 | 2.00 | 32.00 | 32.00 |
| Brief (copying and collating) | 15 | 10 | 0.08 | 0.08 | 12.00 | 12.00 |
| Appendix (original - table of contents) | xxxxx | 1 | 6.00 | 6.00 | 6.00 | 6.00 |
| Appendix (covers and binding) | N/A | xxxxx | N/A | 2.00 | | |
| Appendix (copying and collating) | 15 | 1 | 0.08 | 0.08 | 1.20 | 1.20 |
| Reply Brief (original) | xxxxx | N/A | 6.00 | 6.00 | | |
| Reply Brief (covers and binding) | N/A | xxxxx | | 2.00 | | |
| Reply Brief (copying and collating) | N/A | N/A | 0.08 | 0.08 | | |
| Other (describe): | N/A | N/A | 0.08 | 0.08 | | |
| GRAND TOTALS | | | | | 147.20 | 147.20 |

11/26/07

City/County of Washington, District of Columbia

I, Timothy McIlmail, swear under penalty of perjury that the services for which costs are taxed were necessarily performed. Copies of this bill were served on all parties. The certificate of service is attached.

Signature: [signature] Date: 10-17-07 Attorney for: United States, Defendant-Appellee

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

By: [signature] Date: 11/26/07

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 17, 2007, I caused to be placed in the United States mail (first class, postage paid) a copy of "Bill of Costs" to each of the following:

DAVID A. DOMINA
Domina Law Group PC LLO
2425 South 144th Street
Omaha, NE 68144-3267

JAME S. BURLING
Pacific Legal Foundation
3900 Lennane Drive
Suite 200
Sacramento, CA 95834

Ena M. Goddard